THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUPREE HARRIS, Appellant.

Submitted August 4, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HENDERSON, Appellant.

Submitted August 4, 2014; decided August 28, 2014

Motion for assignment of counsel granted and David Abbatoy, Jr., Esq., care of The Abbatoy Law Firm, PLLC, 339 East Ave., Rochester, New York 14604 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD HOLLEY, Appellant.

Submitted August 25, 2014; decided August 28, 2014

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.